NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3260

ROSS MILLIGAN,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in
NY0752060016-B-1.

ON MOTION

ORDER

Ross Milligan moves for an extension of time to file the joint appendix. The court considers whether reconsideration of the court's January 29, 2009 order dismissing his petition for review for failure to file the appendix is warranted.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion for an extension of time is granted.

(2)    The petition for review will be reinstated and the mandate will be recalled if Milligan files the joint appendix within 14 days of the date of filing of this order.

FEB 19 2009

_____
Date

cc:    David Schlachter, Esq.
       Meredyth Cohen Havasy, Esq.
s17

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 19 2009

JAN HORBALY
CLERK